## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| JANN PROPP-ESTIMO,<br><br>                         **Plaintiff,**<br>        **vs.**<br><br>**LEWIS COUNTY; LEWIS COUNTY ANIMAL SHELTER; LEWIS COUNTY SHERIFF'S OFFICE; AMY E. HANSON and marital community; DANETTE D. YORK and marital community; GABRIEL J. FRASE and marital community; and DOES 1010,**<br><br>                         **Defendants.** | NO.<br><br>NOTICE OF REMOVAL<br><br>[FROM THURSTON COUNTY SUPERIOR COURT]<br><br>CAUSE NO. 17-2-004098-34 |

COME NOW, Lewis County, Lewis County Animal Shelter, Lewis County Sheriff's Office, Amy E. Hanson, Danette D. York, and Gabriel J. Frase ("Defendants") by and through their undersigned attorney of record, John E. Justice of Law, Lyman, Daniel, Kamerrer & Bogdanovich, P.S., and hereby request that this matter be removed to Federal District Court.

### A.    BASIS FOR REMOVAL

The basis for removal to Federal District Court is 28 U.S.C. § 1441, pursuant to procedures set forth at 28 U.S.C. § 1446.  All defendants consent to removal.

This matter is subject to removal because the plaintiff has alleged, *inter alia,* that the defendants have violated plaintiff's rights secured by the Constitution and/or laws of the United States.  Specifically, plaintiff's Complaint asserts claims against the

NOTICE OF REMOVAL - 1
Cause No.:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

defendants for violation of his federal civil rights, specifically the Fourth, Fifth, and/or Fourteenth Amendments.  To the extent plaintiff's Complaint alleges claims arising under the laws of the United States, this Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1331.  This Court has supplemental jurisdiction over any claims or causes of action asserted in the Complaint under the laws of the State of Washington pursuant to 28 U.S. C. § 1367, which may be removed and determined by this Court pursuant to 28 U.S.C. § 1441 (c).

Plaintiff's Complaint was filed in Thurston County Superior Court on July 13, 2017.  Plaintiff's Complaint was served on Defendants Lewis County, Lewis County Animal Shelter, and Lewis County Sheriff's Office on July 17, 2017 and on Defendants Amy E. Hanson, Danette D. York, and Gabriel J. Frase on July 18, 2017.  No jury demand has been filed. Copies of all pleadings are listed in and attached to the Declaration of John E. Justice, which will be filed with this Notice of Removal.

**B.    INTRADISTRICT ASSIGNMENT**

This matter is removed from Thurston County Superior Court.  The Defendants are residents of Lewis County, Washington.  It is appropriate to assign this matter to the Tacoma Division of the Western District of Washington pursuant to LCR 3(d)(1).

DATED this _____ day of July, 2017.

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

_____
John E. Justice, WSBA № 23042
Attorney for Defendants
PO Box 11880
Olympia WA 98508-1880
(360) 754-3480   Fax: (360) 357-3511
Email: jjustice@lldkb.com

**NOTICE OF REMOVAL - 2**
**Cause No.:**

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511